UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JANET HINSON and ROBERT
HINSON, (Wife)

      Plaintiffs,

v.                              Case No:  2:05-cv-144-FtM-38DNF

WYETH, WYETH
PHARMACEUTICALS, PHARMACIA
& UPJOHN and PFIZER INC,

      Defendants.
_____/

## ORDER

This matter comes before the Court following a status conference held with the Parties by the undersigned on September 23, 2013.  The Parties expressed an interest in the magistrate judge holding a settlement conference in this matter after the filing of dispositive motions.  Thus, the Court will refer this matter for a settlement conference before the Honorable Douglas N. Frazier.  The case is currently set for trial term commencing in April, pursuant to the amended deadlines agreed upon during the hearing.  The parties shall contact Judge Frazier after the dispositive motions have been filed to obtain a date for a settlement conference convenient with his schedule.

Accordingly, it is now

**ORDERED:**

1. The case is **referred** to the Honorable Magistrate Judge Douglas N. Frazier to conduct a settlement conference and to enter any related Orders as deemed appropriate.

2. The parties shall contact Judge Frazier after the dispositive motions have been filed to obtain a date for a settlement conference convenient with his schedule.

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd day of September, 2013.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

Hon. Douglas N. Frazier
United States Magistrate Judge