UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JANET HINSON and ROBERT
HINSON, (Wife)

    Plaintiffs,

v.                            Case No: 2:05-cv-144-FtM-38DNF

WYETH, WYETH
PHARMACEUTICALS, PHARMACIA
& UPJOHN and PFIZER INC,

    Defendants.
_____/

# ORDER[1]

This matter comes before the Court on the Plaintiffs Janet and Robert Hinson and the Defendant, Wyeth, Wyeth Pharmaceuticals, Pharmacia and UpJohn, and Pfizer, Inc.'s Joint Motion for a Stay ([Doc. #73](#)) filed on December 19, 2013. The Parties respectfully submit that they have reached a resolution in principle. The Parties are in the process of finalizing the documentation with respect to the resolution of this case and resolving other related issues. Thus, the Parties request that the Court stay this case for a period of one hundred and eighty days (180) days so that they may have sufficient time to reach a final resolution to this matter. Given the extensive nature of the case, the Court finds good cause to stay the action for one hundred and eighty days (180) days.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Accordingly, it is now

**ORDERED:**

The Plaintiffs Janet and Robert Hinson and the Defendant, Wyeth, Wyeth Pharmaceuticals, Pharmacia and UpJohn, and Pfizer, Inc.'s Joint Motion for a Stay ([Doc. #73](#)) is **GRANTED**.

(1) This case is **STAYED** up to and including **June 19, 2014**.

(2) The Parties shall inform the Court when all of the documentation is finalized and all other issues are resolved.

**DONE** and **ORDERED** in Fort Myers, Florida this 24th day of December, 2013.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record