UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JANET HINSON and ROBERT HINSON,
(Wife)

      Plaintiffs,

v.                                                Case No: 2:05-cv-144-FtM-38DNF

WYETH, WYETH PHARMACEUTICALS, PHARMACIA
& UPJOHN and PFIZER INC,

      Defendants.
_____/

## ORDER[1]

This matter comes before the Court on the Parties' Joint Motion for Extension of Stay (Doc. #81) filed on March 10, 2015. The Court has been informed that the case has been settled as to all parties in interest. The Parties are requesting a stay in the case up to and including April 15, 2015, in order to finalize their stipulation of dismissal. Given that the case has settled the Court will administratively close the case pending the filing of the stipulation. Once the final stipulation has been filed the case will be dismissed with prejudice.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

The case will be **ADMINISTRATIVELY CLOSED** up to and including **October 1, 2015**, unless extended for good cause shown.  At that time, if the final stipulation has not been filed the case will be re-opened.

1. The Plaintiff is directed to file a written status report with the Court every thirty (30) days from the date of this Order until the final stipulation of dismissal has been filed.

2. Upon the filing of the Stipulation of Dismissal, the case will be dismissed with prejudice.

3. The Joint Motion for Extension of Stay ([Doc. #81](Doc. #81)) is **DENIED as moot**.

4. The Clerk of the Court is directed to terminate any pending motions and administratively close the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 11th day of March, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record